IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. | 5:07-CR-16-WDO |
| | * | | |
| Vs. | * | VIOLATION: | 21 U. S. C. 846 |
| | * | | 21 U. S. C. 841(a)(1) |
| **SAUL FALCON, ET AL** | * | | 21 U. S. C. 841(b)(1)(A)(ii) |
| **Defendant** | * | | 21 U. S. C. 841(b)(1)(C) |
| | * | | 21 U. S. C. 841(b)(1)(D) |
| | * | | 21 U. S. C. 853 |
| | * | | 18 U. S. C. 2 |

### DEFENDANT, SAUL FALCON'S MOTION RESERVING THE RIGHT TO FILE ADDITIONAL MOTIONS

COMES NOW the Defendant, Saul Falcon, in the above captioned case, by and through his counsel, and without waiving any rights, moves this Honorable Court for the entry of an

Order reserving the right to file, for good cause shown, such additional Motions as the future progress of this case may merit.

RESPECTFULLY SUBMITTED,

s/Jerome Adams  
Georgia State Bar Number: 002575  
Jerome Adams  
Attorney at Law  
P. O. Box 1005  
Douglas, GA 3l534-1005  
Telephone: (912)384-7109  
Fax: (912)384-7951  
E-mail: jadamslaw@alltel.net

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:07-CR-16-WDO |
| | * | |
| Vs. | * VIOLATION: | 21 U. S. C. 846 |
| | * | 21 U. S. C. 841(a)(1) |
| SAUL FALCON, ET AL | * | 21 U. S. C. 841(b)(1)(A)(ii) |
| Defendant | * | 21 U. S. C. 841(b)(1)(C) |
| | * | 21 U. S. C. 841(b)(1)(D) |
| | * | 21 U. S. C. 853 |
| | * | 18 U. S. C. 2 |

### CERTIFICATE OF SERVICE

I, Jerome Adams, hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Charles L. Calhoun, Assistant United States Attorney.

Respectfully submitted,
s/Jerome Adams
Georgia State Bar Number: 002575
Jerome Adams
Attorney at Law
P. O. Box 1005
Douglas, GA 3l534-1005
Telephone: (912)384-7109
Fax: (912)384-7951
E-mail: jadamslaw@alltel.net

END OF DOCUMENT