# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 5:07-CR-16-WDO** | |
| | * | | |
| Vs. | * | **VIOLATION:** | **21 U. S. C. 846** |
| | * | | **21 U. S. C. 841(a)(1)** |
| **SAUL FALCON, ET AL** | * | | **21 U. S. C. 841(b)(1)(A)(ii)** |
| **Defendant** | * | | **21 U. S. C. 841(b)(1)(C)** |
| | * | | **21 U. S. C. 841(b)(1)(D)** |
| | * | | **21 U. S. C. 853** |
| | * | | **18 U. S. C. 2** |

### SPECIAL MOTION FOR PRODUCTION OF STATEMENTS
### and MEMORANDUM OF LAW

COMES NOW the Defendant, Saul Falcon, in the above captioned case, by and through his counsel, and without waiving any rights, moves this Honorable Court for the entry of an Order requiring the Government to produce the names, addresses, telephone numbers and any statements, interview memoranda or reports made from interviews with those persons with whom the Government has spoken and who may have some knowledge of the facts of this case, but will not testify as witnesses for the Government at trial and as grounds therefor shows:

1. This request does not go to those reports of interview, or statements made by prospective Government witnesses which would be covered by the provisions of 18 U. S. C. Section 3500 and Rule 16(a) (2), Fed. R. Crim. P..

2. We do, however, seek such items with regard to those individuals interviewed during the course of the investigation of this case <u>and</u> whom the Government has determined not to call as witnesses.

### **MEMORANDUM OF LAW**

In support of this motion, the defendant relies upon <u>United States v. Houston</u>, 339 F. Supp. 762 (N. D. Ga. 1972); <u>United States vs. Narcisco</u>, 446 F. Supp. 252, 267 (E. D. Mich. 1977); <u>United States v. Marshak</u>, 364 F. Supp. 1005, 1007 (S. D. N. Y. Ill. 1971); <u>United States v. Leichtfuss</u>, 331 F. Supp. 723, 735 (N. D. Ill. 1971); <u>United States v. Greater Syracuse Board of Realtors</u>, 438 F. Supp. 376, 381 (N. D. N. Y. 1977); see <u>United States v. Jackson</u>, 757 F. 2d 1486, 1491 (4th Cir. 1985) non-testifying co-conspirator; <u>United States v. Roberts</u>, No. 85-5122 (4th Cir. 6/16/86). The discovery of statements of people who will be called as witnesses by the Government at trial is not prohibited by the Jencks Act, 18 U. S. C. 3500, as the Act only applies to statements of Government witnesses. These witnesses are also likely to be source of <u>Brady</u> information.

Our request for reports and interviews or statements made by individuals whom the Government has determined not to call as witnesses is bottomed on the principles of <u>Brady v. Maryland</u>, 373 U. S. 83 (1963). This precise issue was raised in the case of <u>United States v. Perkins</u>, 383 F. Supp. 922, 930 (N. D. Ohio 1974), in which a request was made for "interview memoranda and reports made from interviews with those persons whom the Government has determined not to call as witnesses". In responding to that request, the Court stated:

"Concededly there are a variety of reasons for not calling a witness, but since the better practice is to resolve doubts as to the exculpatory nature of certain materials in favor of the Defendant, and since the Government no doubt has a somewhat different view of the exculpatory or the mitigating nature of materials in its possession, the Court directs the Government to make available to the defense those memoranda and reports of persons not to be called as witnesses, doing so not later than two weeks prior to trial"

While the request made herein is not a usual request made in pre-trial discovery proceedings, we submit it is important to the preparation of the defense in this case, and that <u>United States v. Perkins, supra</u>, provides ample authority for this Honorable Court to grant the Motion.

RESPECTFULLY SUBMITTED,

s/Jerome Adams
Georgia State Bar Number: 002575
Jerome Adams
Attorney at Law
P. O. Box 1005
Douglas, GA 3l534-1005
Telephone: (912)384-7109
Fax: (912)384-7951
E-mail: jadamslaw@alltel.net

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:07-CR-16-WDO | |
| | * | | |
| Vs. | * | VIOLATION: | 21 U. S. C. 846 |
| | * | | 21 U. S. C. 841(a)(1) |
| SAUL FALCON, ET AL | * | | 21 U. S. C. 841(b)(1)(A)(ii) |
| Defendant | * | | 21 U. S. C. 841(b)(1)(C) |
| | * | | 21 U. S. C. 841(b)(1)(D) |
| | * | | 21 U. S. C. 853 |
| | * | | 18 U. S. C. 2 |

## CERTIFICATE OF SERVICE

I, Jerome Adams, hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Charles L. Calhoun, Assistant United States Attorney.

        Respectfully submitted,
        s/Jerome Adams
        Georgia State Bar Number: 002575
        Jerome Adams
        Attorney at Law
        P. O. Box 1005
        Douglas, GA 3l534-1005
        Telephone: (912)384-7109
        Fax: (912)384-7951
        E-mail: jadamslaw@alltel.net

END OF DOCUMENT