**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

```
UNITED STATES OF AMERICA  :
                          :
            vs.           :
                          :
                          :   Indictment No.: 5:07-CR-16-(WDO)
REGINALD FORD,            :
                          :
            Defendant     :
```

---

**ENTRY OF APPEARANCE**

Comes now, TERRY J. MARLOWE, Attorney at Law, and enters his appearance as attorney of record for the defendant, REGINALD FORD, in the above-styled case.

This 19th day of April, 2007.

```
                    BY:  /s/ Terry J. Marlowe
                         TERRY J. MARLOWE
                         Attorney Bar Number: 470945
                         Attorney for the Defendant
                         Reginald Ford
                         Post Office Box 227
                         Albany, GA 31702
                         Telephone: (229) 878-6500
                         Facsimile: (229) 878-1943
                         E-mail: terrymarlowelaw@bellsouth.net
```

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

UNITED STATES OF AMERICA :
                             :
                             :
         vs.              :
                             :
                             :      Indictment No.: 5:07-CR-16-(WDO)
REGINALD FORD,         :
                             :
         Defendant      :

---

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2007, I electronically filed the foregoing ***ENTRY OF APPEARANCE*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

### Charles L. Calhoun

I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants: **NONE.**


BY:  */s/ Terry J. Marlowe*
                TERRY J. MARLOWE
                Attorney Bar Number: 470945
                Attorney for the Defendant
                Reginald Ford
                Post Office Box 227
                Albany, GA 31702
                Telephone: (229) 878-6500
                Facsimile: (229) 878-1943
                E-mail: terrymarlowelaw@bellsouth.net