**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | Indictment No.: 5:07-CR-16-(WDO) |
| REGINALD FORD, : | |
| Defendant : | |

## MOTION FOR DISCOVERY AND INSPECTION

The Defendant, Reginald Ford, by and through his undersigned attorney, does hereby move the Court for discovery and inspection of the following:

1.

Any relevant written or recorded statements made by Defendant, or copies thereof, within the possession, custody or control of the Government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the Government;

2.

The substance of any oral statement made by the Defendant which the Government intends to offer in evidence at the trial.

3.

The prior criminal record of Defendant.

4.

All books, papers, documents, photographs or tangible

objects which are in the possession, custody or control of the Government, and are relevant to this case, including any handwritten notes taken by any investigating agents.

5.

The results or reports of physical or mental examinations, scientific tests or experiments, or copies thereof, which are within the possession, custody or control of the Government, the existence of which is known, or by the exercise of due diligence may become known to the attorney for the Government.

6.

All evidence favorable to the Defendant, or which would be helpful in the preparation of a defense or in mitigation of punishment.  This includes, but is not limited to, the following:

(a) All information relevant to the credibility of any Government witness;

(b) All information concerning the conduct, character and reputation of any such witness which is relevant to his or her truthfulness or untruthfulness;

(c) The criminal record of such witness, including specifically, any prior conviction of a crime punishable by death or imprisonment in excess of one year or which involved dishonesty or false statement;

(d) the substance of any agreement, or proposed agreement, either oral or written, made in the name of the Government of the United States with any Government witness,

the subject of which deals either directly or indirectly with promise of favored treatment or leniency in return for either pleas of guilty, *nolo contendere*, or favored testimony in this case or any other criminal or civil litigation or sentencing procedure;

(e) All evidence tending to show that any acts or conduct by the Defendant were done without criminal intent;

(f) This request specifically includes any information which could show that at the time of any alleged act, that the Defendant, Reginald Ford, was neither present, mentioned or involved directly or indirectly;

(g) All names and present addresses of persons who have any knowledge of the existence of any evidence which might be relevant to acts charged as a crime in the Indictment against the Defendant, including all persons who;

   (a) will be witnesses for the Government upon the trial of this case, or

   (b) will not be called as witnesses by the Government;

(h) The transcript of testimony of any and all persons who testified before the Grand Jury in this case.

7.

All statements of witnesses producible under Title 18, United States Code, Section 3500, the Jencks Act, to be produced at least seventy-two (72) hours prior to trial.

8.

All records relating to intercepted wire or oral communications and/or any evidence discovered therefrom.  This demand is made pursuant to the provisions of Title 18, United States Code, Section 2518(9).

This 19th day of April, 2007.


                              BY:  /s/ *Terry J. Marlowe*
                                   TERRY J. MARLOWE
                                   Attorney Bar Number: 470945
                                   Attorney for Defendant
                                   Reginald Ford
                                   Post Office Box 227
                                   Albany, GA 31702
                                   Telephone: (229) 878-6500
                                   Facsimile: (229) 878-1943
                                   E-mail: terrymarlowelaw@bellsouth.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

UNITED STATES OF AMERICA :
:
:
     vs. :
:
:   Indictment No.: 5:07-CR-16-(WDO)
REGINALD FORD, :
:
     Defendant :

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2007, I electronically filed the foregoing ***MOTION FOR DISCOVERY AND INSPECTION*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Charles L. Calhoun**

I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants: **NONE.**

    BY:  */s/ Terry J. Marlowe*
         TERRY J. MARLOWE
         Attorney Bar Number: 470945
         Attorney for the Defendant
         Reginald Ford
         Post Office Box 227
         Albany, GA 31702
         Telephone: (229) 878-6500
         Facsimile: (229) 878-1943
         E-mail: terrymarlowelaw@bellsouth.net