**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**UNITED STATES OF AMERICA**   **CRIMINAL No.. 5:07-CR-16-WDO**

**VS.**   **VIOLATION: 21 U.S.C. 846, et.al.**

**TONY GREGORY HILL**

**Petition for Discovery Material and Evidence Pursuant to
The Standard Pretrial Order of The Court**

Comes Now, Tony Gregory Hill, defendant in the above styled case, by his attorney of record, and files this his Petition for Discovery Material and Evidence Pursuant to The Standard Pretrial Order and shows this court as follows:

(1)

Defendant hereby request that the United States Attorney and it's agents furnish to the defendant all Discovery Material and Evidence which is subject to the court's Standard Pretrial Order filed April 10, 2007 with the Clerk of this honorable court.

(2)

Defendant further request that the United States Attorney comply with the Standard Pretrial Order by furnishing to the defendant all evidence of "Revealing The Deal" as require by <u>Giglio Vs. United States</u>; The Production And Preservation Of Original Interview Notes; Copies of Defendant's Statements; Copies of Co-Defendant's and alleged Co-Conspirators statements; A list of the government's witnesses with correct addresses and telephone numbers; The names, addresses, and telephone numbers of any and all expert witnesses; and copies of records and information revealing prior misconduct or bad acts by the defendant.

Respectfully Submitted, this 19 day of April, 2007.

               s/Fred Graham
               Fred Graham Bar Number: 304555
               Attorney for Tony Gregory Hill
               Fred Graham Attorney at Law
               123 "C" Carl Vinson Parkway/P.O. Box 7207
               Warner Robins, Ga. 31095
               Telephone: 478-328-0600
               Fax: 478-328-0411
               fglaw@cbi.mgacoxmail,com

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this day electronically filed the foregoing Motionwith the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following: Mr. Charles L. Calhoun, Assistant U.S. Attorney, Gateway Plaza, Fourth Floor, 300 Mulberry St., Macon, GA 31201.

So Certified, this 19 day of April, 2007.

                                              s/Fred Graham
                                              Fred Graham Bar Number: 304555
                                              Attorney for Tony Gregory Hill
                                              Fred Graham Attorney at Law
                                              123 "C" Carl Vinson Parkway/P.O. Box 7207
                                              Warner Robins, Georgia 31095
                                              Telephone: 478-328-0600
                                              Fax: 478-328-0411
                                              fglaw@cbi.mgacoxmail.com