IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 5:076-CR-16(WDO) |
| | : | |
| JORGE LUIS REYES | : | |
| | : | |

## MOTION FOR DISCOVERY

**COMES NOW**, the Defendant, JORGE LUIS REYES, by and through his undersigned attorney of record, and requests that the United States District Attorney disclose all evidence required under Rule 16 of the Federal Criminal Rules of Procedure to the Defendant.

This 23rd day of April 2007.

/S/ R SEDGHI
_____
Reza Sedghi
Counsel for Defendant
State Bar No. 634077

2780 Vineville Avenue
Macon, Georgia 31204
(478) 741-3770 Office
(478) 741-3771 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202

This 23rd day of April 2007.

Respectfully submitted,


/S/ R Sedghi
_____
Reza Sedghi
Counsel for Defendant
State Bar No. 634077

2870 Vineville Ave.
Macon, Georgia 31204
(478) 741-3770 Office
(478) 741-3771 Facsimile