**IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   **Plaintiff**<br><br>**vs.**<br><br>**ELROY QUINTERO,**<br><br>   **Defendant** | **Crim. No. 5:07-cr-16 (WDO)** |

### REQUEST FOR DISCOVERY

Pursuant to the Court's Standard Pretrial Order, Defendant, through undersigned counsel, hereby makes formal request and notice for all items of discovery to which he is entitled, which are outlined in the Court's Standard Pretrial Order.

Respectfully submitted, this April 24, 2007.

> **/s Charles E. Cox, Jr.**
> Ga. Bar No. 192305
> **Attorney for Defendant**
> Post Office Box 67
> Macon, Georgia 31202-0067
> Telephone:  (478) 757-2990
> Facsimile:   (478) 757-2991
> E-mail:       cecoxjr@cbi.mgacoxmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    AUSA Charles Calhoun

I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

    **N/A**

    Respectfully submitted,

    s/Charles E. Cox, Jr.
    Charles E. Cox, Jr.
    Attorney at Law
    Post Office Box 67
    Macon, Georgia 31202-0067
    Phone:    (478) 757-2990
    Fax:    (478) 757-2991
    E-mail:    cecoxjr@cbi.mgacoxmail.com
    Ga. Bar No. 192305