IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 5:07-CR-16 (WDO) |
| | : Filed at 3:09 PM |
| TYRONE MCCORMICK | : DATE 4-23-07 |
| | : Nora Paul |
| | DEPUTY CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF GEORGIA |

### GOVERNMENT'S MOTION FOR A DETENTION HEARING

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and requests the defendant in the above-styled case be detained pursuant to 18 U.S.C. § 3142(e) and (f), and in support of said motion shows the following:

1. Eligibility of Case.

The defendant's case is eligible for a detention order because this case involves (check all that apply):

___ Crime of Violence (18 U.S.C. § 3156)a

_X_ Maximum sentence of life imprisonment or death

_X_ 10 + year drug offense

___ Felony, with two prior convictions in the above categories

_X_ Serious risk the defendant will flee

___ Serious risk of obstruction of justice

2. Reason for Detention.

The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

_X_ Defendant's appearance as required

_X_ Safety of any other person and the community

3.   Rebuttable Presumption.

The United States will, invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e). (If yes) The presumption applies because (check one or more):

__X__   Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under 18 U.S.C. § 924(c).

_____   Previous conviction for "eligible" offense committed while on pretrial bond.

_____   A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above.

4.   Time for Detention Hearing.

The United States requests the Court conduct the detention hearing:

_____   At the initial appearance.

__X__   After continuance of __3__ days (not more than 3).

Respectfully submitted, this 23rd, day of April, 2007.

          MAXWELL WOOD
          UNITED STATES ATTORNEY
          MIDDLE DISTRICT OF GEORGIA

          BY: s/CHARLES L. CALHOUN
          BAR NO. 102875
          ASSISTANT UNITED STATES ATTORNEY
          United States Attorney's Office
          Middle District of Georgia
          P.O. Box 1702
          Macon, Georgia 31202
          Telephone: (478) 752-3511
          Fax Number: (478) 621-2655

## CERTIFICATE OF SERVICE

I, Charles L. Calhoun, Assistant United States Attorney, hereby certify that on April 23rd, 2007, electronically filed the within and foregoing **Government's Motion for Detention** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

I also certify that I have mailed by the United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

                MAXWELL WOOD
                UNITED STATES ATTORNEY
                MIDDLE DISTRICT OF GEORGIA

BY: S/CHARLES L. CALHOUN
     BAR NO. 102875
     ASSISTANT UNITED STATES ATTORNEY
     United States Attorney's Office
     Middle District of Georgia
     P.O. Box 1702
     Macon, Georgia 31202
     Telephone: (478) 752-3511
     Fax Number: (478) 621-2655