IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § |
| | § CRIMINAL ACTION NO.5:07CR16(wdo) |
| | § |
| ANTHONY SEAN WALKER, | § |
| MICHAEL SHERROD KINSEY | § |
| MARIO DEVICTOR KINSEY, | § |
| ANGEL MARTINEZ, | § |
| TYRONE MCCORMICK, | § |
| JASON TERRELL WHITE, | § |
| REGINALD FORD, | § |
| SANTANA GAMBLE, | § |
| LEONARD EARNEST ROYSTER, | § |
| JORGE LUIS REYES, | § |
| ELROY QUINTERO, | § |
| JOGINDER CHEEMA, | § |
| LORENZO JACKSON, | § |
| SAUL FALCON, and | § |
| TONY GREGORY HILL, | § |
|     Defendants | § |

## MOTION AND MEMORANDUM FOR A LIST OF GOVERNMENT WITNESSES AND FOR A COURT ORDER ALLOWING EACH EACH SUCH WITNESS TO BE INTERVIEWED

COMES NOW Defendant, **ANGEL MARTINEZ**, and moves this Court to order the Government to furnish a list of the witnesses whom the Government will call to testify at the trial. In addition, this Defendant moves this Court for an order allowing each such witness to be interviewed at an early time. This motion is based on the following:

(1)

Due to the time and distance between counsel's office and the place of the trial, it would be beneficial for counsel to know which witnesses to interview and thereby avoid

unnecessary cost and loss of time. It is not possible for counsel to simply begin interviewing everyone whose name appears in the documents which have been produced because of the enormous cost in time and money. Some streamlining is necessary and this can be accomplished if a list of witnesses is produced.

(2)

An order from this Court is required to allow some of the witnesses to be interviewed because some of these witnesses may be in prison. Therefore, a Court order is needed to allow access to each and every confinement facility where an incarcerated witness is located. Counsel also asks that the order giving prison access also allow counsel to take a Court Reporter to the prison to permanently record the interview.

WHEREFORE, giving due consideration to the holding in United States v. Opager, 589 F.2d 799, 804 (1979), this Court is requested to:

(a) Order the Government to furnish a list of the witnesses whom the Government will call to testify at the trial.

(b) Enter an Order allowing each such witness to be interviewed at an early time. With regard to witnesses who are in prison, the Order should allow access to the prison along with the right to bring a Court Reporter to record the interview.

This April 27, 2007.

Respectfully submitted,

_____
s/R. DAVID BRYAN, LLC
Attorney at Law
State Bar No.. 091185
Attorney for Defendant, ANGEL MARTINEZ
211 N. Park Ave., P.O. Box 1979
Tifton, GA 31793-1979
Phone: (229) 387-8005
Fax: (229) 387-8007
email: david@rdavidbryan.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § |
| | § CRIMINAL ACTION NO.5:07CR16(wdo) |
| | § |
| ANTHONY SEAN WALKER, | § |
| MICHAEL SHERROD KINSEY | § |
| MARIO DEVICTOR KINSEY, | § |
| ANGEL MARTINEZ, | § |
| TYRONE MCCORMICK, | § |
| JASON TERRELL WHITE, | § |
| REGINALD FORD, | § |
| SANTANA GAMBLE, | § |
| LEONARD EARNEST ROYSTER, | § |
| JORGE LUIS REYES, | § |
| ELROY QUINTERO, | § |
| JOGINDER CHEEMA, | § |
| LORENZO JACKSON, | § |
| SAUL FALCON, and | § |
| TONY GREGORY HILL, | § |
| Defendants | § |

## ORDER GRANTING MOTION FOR A LIST OF GOVERNMENT WITNESSES AND ALLOWING EACH SUCH WITNESS TO BE INTERVIEWED BY THIS DEFENDANT'S COUNSEL

Upon consideration of defendant **ANGEL MARTINEZ**''s Motion for an order requiring the government to provide to the defendant a list of witnesses it intends to call at trial and to authorize defense counsel to access any witnesses who may be incarcerated in prison, it is hereby ORDERED that the Motion be, and hereby is, GRANTED;

IT IS HEREBY ORDERED that the Office of the United States Attorney shall timely provide to the defendant a list of the witnesses it intends to call at trial of this case; and,

IT FURTHER IS HEREBY ORDERED, that any federal prison which houses any such witness named on the list provided to the defense is ordered to allow R. David Bryan, Attorney at Law, access to such witness under the conditions and terms of the federal facility and to record any interview by court reporter.

This _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:
R. David Bryan
P.O. Box 1979, 211 North Park Ave.
Tifton, Georgia, 31793-1979
Phone: (229)-387-8005
Fax:   (229)-387-8007
Email: david@rdavidbryan.com