IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO.5:07CR16(wdo) |
| | § | |
| ANTHONY SEAN WALKER, | § | |
| MICHAEL SHERROD KINSEY | § | |
| MARIO DEVICTOR KINSEY, | § | |
| ANGEL MARTINEZ, | § | |
| TYRONE MCCORMICK, | § | |
| JASON TERRELL WHITE, | § | |
| REGINALD FORD, | § | |
| SANTANA GAMBLE, | § | |
| LEONARD EARNEST ROYSTER, | § | |
| JORGE LUIS REYES, | § | |
| ELROY QUINTERO, | § | |
| JOGINDER CHEEMA, | § | |
| LORENZO JACKSON, | § | |
| SAUL FALCON, and | § | |
| TONY GREGORY HILL, | § | |
| Defendants | § | |

## **MOTION FOR BILL OF PARTICULARS**

**COMES NOW** the defendant, **ANGEL MARTINEZ**, by and through his attorney, R. David Bryan and files this motion for the adoption and conforming of applicable motions of each and every other Co-defendant , and in support of said motion would show the Court as follows:

(1)

That Defendant is charged in this case with fourteen (14) other defendants. Counsel for this defendant is aware that due to the multiplicity of counts and Co-defendants that this defendant is in need of a bill of particulars in order to provide an adequate defense for this Defendant. Such a bill should provide the following:

(2)

With respect to Count One, the date of the earliest statement and/or event upon which the prosecution will rely to prove that the conspiracy existed.

(3)

With respect to Count One, the nature of any and all statements and/or events, other than

those already contained in the indictment, upon which the prosecution intends to rely to prove that the conspiracy existed.

(4)

With respect to Count One, the date and nature of the earliest statement and/or event upon which the prosecution will rely to establish when each defendant joined the conspiracy.

(5)

With respect to Count One, the date and nature of the earliest statement and/or event upon which the prosecution will rely to establish when this Defendant joined the conspiracy.

(6)

Federal Rule of Criminal Procedure 7(f) provides that the Court may direct the filing of a bill of particulars upon the motion of a defendant. The purpose of a bill of particulars is to apprise the defendant of the nature of the charges, in such a way, so as to ensure that he: (1)he understands the charges, (2) can prepare a defense, (3) can avoid prejudicial surprise at trial, and (4) possibly be protected against retrial for the same offense. United States v. Butler, 822 F. 2d 1191 (D.C. Cir. 1987); See, e.g., United States v. Ramirez, 602 F. Supp. 783, 793 (S.D.N.Y. 1985). The determination as to whether a bill of particulars should be provided is within the discretion of the trial court. United States v. Butler, 822 F. 2d at 1194.

(7)

In the present case, **ANGEL MARTINEZ** is charged in Count One of the above captioned indictment with Conspiracy to Distribute more than 5 kilograms of a mixture and substance containing a detectable amount of cocain in violation of 21 U.S.C. §846, i/c/w Title 21 United States Code, Section 841(a)(1), Section 841(b)(1)(A)(ii) and Title 18, United States Code, Section 2. Count One alleges that the Conspiracy existed "between on or about January 1, 2005, and December 30, 2006." However, Count One fails to state any of the alleged overt acts necessary to support the government's charge that a conspiracy existed and that ANGEL MARTINEZ was involved in it. In addition, other than Count One, Mr. Martinez's only other charge stems from a transaction which allegedly occurred on November 14, 2006 (Count 3).. Therefore, the information sought by this Motion For Bill Of Particulars is absolutely necessary to permit Mr. Martinez to adequately prepare a defense to the conspiracy alleged in Count One.

**WHEREFORE**, it is respectfully requested that this Motion For Bill Of Particulars be granted.

_____This April 29, 2007.

Respectfully submitted,

_____
s/R. DAVID BRYAN, LLC
Attorney at Law
State Bar No.. 091185
Attorney for Defendant, ANGEL MARTINEZ
211 N. Park Ave., P.O. Box 1979
Tifton, GA 31793-1979
Phone: (229) 387-8005
Fax: (229) 387-8007
email: david@rdavidbryan.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO.5:07CR16(wdo) |
| | § | |
| ANTHONY SEAN WALKER, | § | |
| MICHAEL SHERROD KINSEY | § | |
| MARIO DEVICTOR KINSEY, | § | |
| ANGEL MARTINEZ, | § | |
| TYRONE MCCORMICK, | § | |
| JASON TERRELL WHITE, | § | |
| REGINALD FORD, | § | |
| SANTANA GAMBLE, | § | |
| LEONARD EARNEST ROYSTER, | § | |
| JORGE LUIS REYES, | § | |
| ELROY QUINTERO, | § | |
| JOGINDER CHEEMA, | § | |
| LORENZO JACKSON, | § | |
| SAUL FALCON, and | § | |
| TONY GREGORY HILL, | § | |
| Defendants | § | |

## ORDER GRANTING DEFENDANT MARTINEZ'S MOTION
## FOR BILL OF PARTICULARS

Upon consideration of defendant ANGEL MARTINEZ's Motion for Bill of Particulars, and of any Reply, it is hereby ORDERED that the Motion be, and hereby is, GRANTED;

And it is FURTHER ORDERED that the defendant, ANGEL MARTINEZ, motions for a bill of particulars is hereby granted, and that the Government shall supply and satisfy the following bill of particulars;   With respect to Count One, the date of the earliest statement and/or event upon which the prosecution will rely to prove that the conspiracy existed; With respect to Count One, the nature of any and all statements and/or events, other than those already contained in the indictment, upon which the prosecution intends to rely to prove that the conspiracy existed; With respect to Count One, the date and nature of the earliest statement and/or event upon which the prosecution will rely to establish when each defendant joined the conspiracy; With respect to Count One, the date and nature of the earliest statement and/or event upon which the prosecution will rely to establish when ANGEL MARTINEZ joined the conspiracy. of the following Co-defendants, JORGE LUIS REYES, ELROY QUINTERO, JOGINDER CHEEMA, LORENZO JACKSON, SAUL FALCON, TONEY GREGORY HILL, ANTHONY SEAN WALKER, MARIO DEVICTOR KINSEY, SANTANA GAMBLE, TYRONE MCCORMICK, JASON TERRELL WHITEREGINALD FORD,MICHAEL SHERROD KINSEY, and LEONARD EARNEST ROYSTER.

.this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:
R. David Bryan
P.O. Box 1979, 211 North Park Ave.
Tifton, Georgia, 31793-1979
Phone: (229)-387-8005
Fax:   (229)-387-8007
Email: david@rdavidbryan.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO.5:07CR16(wdo) |
| | § | |
| ANTHONY SEAN WALKER, | § | |
| MICHAEL SHERROD KINSEY | § | |
| MARIO DEVICTOR KINSEY, | § | |
| ANGEL MARTINEZ, | § | |
| TYRONE MCCORMICK, | § | |
| JASON TERRELL WHITE, | § | |
| REGINALD FORD, | § | |
| SANTANA GAMBLE, | § | |
| LEONARD EARNEST ROYSTER, | § | |
| JORGE LUIS REYES, | § | |
| ELROY QUINTERO, | § | |
| JOGINDER CHEEMA, | § | |
| LORENZO JACKSON, | § | |
| SAUL FALCON, and | § | |
| TONY GREGORY HILL, | § | |
| Defendants | § | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/EFC system which will send notification of such filing to the following:

Carroll Jerome Adams/ jadamslaw@alltel.net,
Veronica E. Brinson/ attorneybrinson@excite.com,
Richard R. Buckley, Jr./ buckley.lawoffice@mchsi.com
Charles L. Calhoun/ charles.calhoun@usdoj.gov, usagam.ecf@usdoj.gov; annette.evans@usdoj.gov
Charles E. Cox, Jr./ cecoxjr@cbi.mgacoxmail.com, staff@cbi.mgacoxmail.com
Fred I. Graham/ fglaw@cbi.mgacoxmail.com
Doye E. Green, Jr./ degreenjr@yahoo.com, legalgirl.ilean@yahoo.com
Bruce Steven Harvey/ JoyGeske@Yahoo.com,
Laura D. Hogue/ lauradhogue@bellsouth.net
Scott C. Huggins/ scott.huggins@ahwllp.com, scotthuggins@cox.net
Terry Jack Marlowe/ terrymarlowelaw@bellsouth.net
Michael J. Moore/ mjm@michaeljmoorepc.com,
Mark Tyson Phillips/ mtpatty@mchsi.com, ramona.higgs@mchsi.com
Reza Sedghi/ reza@rezasedghi.com.

I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the non-CM/ECF participant:

Torris Jerrel Butterfield
Suite 501
44 Broad Street
Atlanta, GA 30303

Respectfully submitted,

_____
s/R. DAVID BRYAN, LLC
Attorney at Law
State Bar No.. 091185
Attorney for Defendant, ANGEL MARTINEZ
211 N. Park Ave., P.O. Box 1979
Tifton, GA 31793-1979
Phone: (229) 387-8005
Fax: (229) 387-8007
email: david@rdavidbryan.com