IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO.5:07CR16(wdo) |
| | § | |
| ANTHONY SEAN WALKER, | § | |
| MICHAEL SHERROD KINSEY | § | |
| MARIO DEVICTOR KINSEY, | § | |
| ANGEL MARTINEZ, | § | |
| TYRONE MCCORMICK, | § | |
| JASON TERRELL WHITE, | § | |
| REGINALD FORD, | § | |
| SANTANA GAMBLE, | § | |
| LEONARD EARNEST ROYSTER, | § | |
| JORGE LUIS REYES, | § | |
| ELROY QUINTERO, | § | |
| JOGINDER CHEEMA, | § | |
| LORENZO JACKSON, | § | |
| SAUL FALCON, and | § | |
| TONY GREGORY HILL, | § | |
| Defendants | § | |

**MOTION TO COMPEL DISCLOSURE OF EXISTENCE
AND SUBSTANCE OF PROMISES, IMMUNITY,
LENIENCY OR PREFERENTIAL TREATMENT**

COMES NOW the defendant, **ANGEL MARTINEZ**, by and through his attorney, R. David Bryan and files this motion to compel disclosure of existence and substance of promises, immunity, liency or preferrential treatment, and in support of said motion would show the Court as follows:

1.

Defendant, ANGEL MARTINEZ, moves this Court for the entry of an Order requiring the government to disclose to defendant within 10 days subsequent to the ruling herein, the following information:

1. The existence and substance, and the manner of execution or fulfillment, or any promises, agreements, understanding or arrangements, either verbal or written, between the government and any prosecution witness, or his attorney or representative, wherein the government has agreed:

    a. Not to prosecute the witness for any crime or crimes;

b. To provide a formal grant of statutory immunity in connection with any testimony given by him or her;

c. To recommend leniency in sentencing for any crime or crimes for which he or she is convicted;

d. To recommend a particular sentence for any crime or crimes for which he or she is convicted;

e. To waive any tax liability incurred by a prosecution witness or to effect a compromise of the amount;

f. To make any other recommendations of benefit or to give any other consideration, monetary or otherwise, to him or her.

## MEMORANDUM

In *Giglio v. United States*, 405 U.S. 150, 31 L.Ed.2d 104 92 S.Ct. 763 (1972), the Supreme Court held that the government's agreement with a key prosecution witness not to prosecute in exchange for his testimony was an important factor in judging that witness's credibility. As a result, due process required that the extent of the agreement be made known to the jury.

Here the government's case depending entirely on Taliento's testimony; without it there could have been no indictment and no evidence to carry the case to jury. Taliento's credibility as a witness was therefore an important issue in the case, and evidence of any understanding or agreement as to a future prosecution would be relevant to his credibility and the jury was entitled to know of it. *Giglio v. United States*, supra, 92 S.Ct. at P. 766.

Therefore, defendant submits that any agreements, understandings, or recommendations between the government and a prosecution witness is a matter which is relevant to credibility of that witness and as a result the jury is entitled to know of it.

**WHEREFORE**, it is respectfully requested that this Motion to compel disclosure of existence and substance of promises, immunity, liency or preferential treatment be granted.

_____This April 27, 2007.

Respectfully submitted,

_____
s/R. DAVID BRYAN, LLC
Attorney at Law
State Bar No.. 091185
Attorney for Defendant, ANGEL MARTINEZ
211 N. Park Ave., P.O. Box 1979
Tifton, GA 31793-1979
Phone: (229) 387-8005
Fax: (229) 387-8007
email: david@rdavidbryan.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL ACTION NO.5:07CR16(wdo) |
| | § | |
| ANTHONY SEAN WALKER, | § | |
| MICHAEL SHERROD KINSEY | § | |
| MARIO DEVICTOR KINSEY, | § | |
| ANGEL MARTINEZ, | § | |
| TYRONE MCCORMICK, | § | |
| JASON TERRELL WHITE, | § | |
| REGINALD FORD, | § | |
| SANTANA GAMBLE, | § | |
| LEONARD EARNEST ROYSTER, | § | |
| JORGE LUIS REYES, | § | |
| ELROY QUINTERO, | § | |
| JOGINDER CHEEMA, | § | |
| LORENZO JACKSON, | § | |
| SAUL FALCON, and | § | |
| TONY GREGORY HILL, | § | |
| Defendants | § | |

**ORDER GRANTING DEFENDANT MARTINEZ'S MOTION
TO COMPEL DISCLOSURE OF EXISTENCE
AND SUBSTANCE OF PROMISES, IMMUNITY,
LENIENCY OR PREFERENTIAL TREATMENT**

Upon due consideration of defendant ANGEL MARTINEZ's Motion to compel disclosure of existence and substance of promises, immunity, leniency or preferential treatment is hereby GRANTED.

IT IS HEREBY ORDERED that the government will disclose the existence and substance of promises, immunity, liency or preferential treatment in this case by _____, 2007.

this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:
R. David Bryan
P.O. Box 1979, 211 North Park Ave.
Tifton, Georgia, 31793-1979
Phone: (229)-387-8005
Fax:   (229)-387-8007
Email: david@rdavidbryan.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO.5:07CR16(wdo) |
| | § | |
| ANTHONY SEAN WALKER, | § | |
| MICHAEL SHERROD KINSEY | § | |
| MARIO DEVICTOR KINSEY, | § | |
| ANGEL MARTINEZ, | § | |
| TYRONE MCCORMICK, | § | |
| JASON TERRELL WHITE, | § | |
| REGINALD FORD, | § | |
| SANTANA GAMBLE, | § | |
| LEONARD EARNEST ROYSTER, | § | |
| JORGE LUIS REYES, | § | |
| ELROY QUINTERO, | § | |
| JOGINDER CHEEMA, | § | |
| LORENZO JACKSON, | § | |
| SAUL FALCON, and | § | |
| TONY GREGORY HILL, | § | |
| Defendants | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

Carroll Jerome Adams/ jadamslaw@alltel.net,
Veronica E. Brinson/ attorneybrinson@excite.com,
Richard R. Buckley, Jr./ buckley.lawoffice@mchsi.com
Charles L. Calhoun/ charles.calhoun@usdoj.gov, usagam.ecf@usdoj.gov; annette.evans@usdoj.gov
Charles E. Cox, Jr./ cecoxjr@cbi.mgacoxmail.com, staff@cbi.mgacoxmail.com
Fred I. Graham/ fglaw@cbi.mgacoxmail.com
Doye E. Green, Jr./ degreenjr@yahoo.com, legalgirl.ilean@yahoo.com
Bruce Steven Harvey/ JoyGeske@Yahoo.com,
Laura D. Hogue/ lauradhogue@bellsouth.net
Scott C. Huggins/ scott.huggins@ahwllp.com, scotthuggins@cox.net
Terry Jack Marlowe/ terrymarlowelaw@bellsouth.net
Michael J. Moore/ mjm@michaeljmoorepc.com,
Mark Tyson Phillips/ mtpatty@mchsi.com, ramona.higgs@mchsi.com
Reza Sedghi/ reza@rezasedghi.com.

I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the non-CM/ECF participant:

Torris Jerrel Butterfield
Suite 501
44 Broad Street
Atlanta, GA 30303

Respectfully submitted,
_____
s/R. DAVID BRYAN, LLC
Attorney at Law
State Bar No.. 091185
Attorney for Defendant, ANGEL MARTINEZ
211 N. Park Ave., P.O. Box 1979
Tifton, GA 31793-1979
Phone: (229) 387-8005
Fax: (229) 387-8007
email: david@rdavidbryan.com