IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO.5:07CR16(wdo) |
| | § | |
| ANTHONY SEAN WALKER, | § | |
| MICHAEL SHERROD KINSEY | § | |
| MARIO DEVICTOR KINSEY, | § | |
| ANGEL MARTINEZ, | § | |
| TYRONE MCCORMICK, | § | |
| JASON TERRELL WHITE, | § | |
| REGINALD FORD, | § | |
| SANTANA GAMBLE, | § | |
| LEONARD EARNEST ROYSTER, | § | |
| JORGE LUIS REYES, | § | |
| ELROY QUINTERO, | § | |
| JOGINDER CHEEMA, | § | |
| LORENZO JACKSON, | § | |
| SAUL FALCON, and | § | |
| TONY GREGORY HILL, | § | |
| Defendants | § | |

**MOTION FOR PRODUCTION AND INSPECTION
OF GRAND JURY PROCEEDINGS AND FOR
PRETRIAL PRODUCTION OF JENCKS ACT MATERIAL**

COMES NOW, Defendant, **ANGEL MARTINEZ**, by and through his undersigned counsel of record, and pursuant to Rule 6(e), Federal Rules of Criminal Procedure and 18 U.S.C. Section 3500 and moves this Court for an Order permitting, prior to trial or prior to the eve of trial, inspection and copying of the proceedings of the grand jury that returned the above-styled indictment, the proceedings of any grand juries that considered the subject matter of this indictment, and any Jencks Act material that exists with the respect to any prosecution witnesses. In support thereof, Defendant shows the following:

(1)  Rule 6(e), Federal Rules of Criminal Procedure, and cases decided commit pretrial

disclosure to the sound discretion of the trial court.

(2) A private party seeking to obtain grand jury transcripts must demonstrate that without the transcript, a defendant would be greatly prejudiced or that without reference to it an injustice would be done. United States v. Procter & Gamble Co., 356 U.S. 677, 682(1958). Moreover, the Court required that the showing of need for transcripts be made "with particularity" so that the secrecy of the proceedings may be lifted discretely and limitedly. Id., 356 U.S. 683.

> "[P]roblems concerning the use of the grand jury transcript at the trial to impeach a witness, to refresh his recollection, to test his credibility and the like . . . are cases of particularized need where the secrecy of the proceedings is lifted discretely and limitedly." Id.

(3) Disclosure should be denied only when, in the interest of justice, reasons for maintaining secrecy are heavily countervailing. Dennis v. United States, 384 U.S. 855, 868-875 (1966).

(4) Pretrial production of all Jencks materials would expedite the trial of this case.

(5) If disclosure long before trial is inappropriate, disclosure no later than seven (7) days prior to trial is a reasonable alternative.

WHEREFORE, Defendant respectfully prays that this Court enter an Order granting his Motion for Pretrial Production and Inspection of Grand Jury Proceedings and for Pretrial Production and Inspection of Jencks Act Material, and for such other and further relief as this Court may deem just and proper.

This 29th day April, 2007.


Respectfully submitted,

_____
s/R. DAVID BRYAN, LLC
Attorney at Law
State Bar No.. 091185
Attorney for Defendant, ANGEL MARTINEZ
211 N. Park Ave., P.O. Box 1979
Tifton, GA 31793-1979
Phone: (229) 387-8005
Fax: (229) 387-8007
email: david@rdavidbryan.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL ACTION NO.5:07CR16(wdo) |
| | § | |
| ANTHONY SEAN WALKER, | § | |
| MICHAEL SHERROD KINSEY | § | |
| MARIO DEVICTOR KINSEY, | § | |
| ANGEL MARTINEZ, | § | |
| TYRONE MCCORMICK, | § | |
| JASON TERRELL WHITE, | § | |
| REGINALD FORD, | § | |
| SANTANA GAMBLE, | § | |
| LEONARD EARNEST ROYSTER, | § | |
| JORGE LUIS REYES, | § | |
| ELROY QUINTERO, | § | |
| JOGINDER CHEEMA, | § | |
| LORENZO JACKSON, | § | |
| SAUL FALCON, and | § | |
| TONY GREGORY HILL, | § | |
| Defendants | § | |

## ORDER FOR GOVERNMENT TO PRODUCE TO DEFENDANT FOR INSPECTION TRANSCRIPT OF GRAND JURY PROCEEDINGS AND PRETRIAL PRODUCTION OF JENCKS ACT MATERIAL

Upon consideration of defendant **ANGEL MARTINEZ**"'s Motion for an order requiring the government to provide to the defendant a transcript of the grand jury proceedings and Jencks Act material, it is hereby ORDERED that the Motion be, and hereby is, GRANTED;

IT IS HEREBY ORDERED that the Office of the United States Attorney shall timely provide the defendant a transcript of the grand jury proceedings and Jencks Act material

this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:
R. David Bryan
P.O. Box 1979, 211 North Park Ave.
Tifton, Georgia, 31793-1979
Phone: (229)-387-8005
Fax:   (229)-387-8007
Email: david@rdavidbryan.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO.5:07CR16(wdo) |
| | § | |
| ANTHONY SEAN WALKER, | § | |
| MICHAEL SHERROD KINSEY | § | |
| MARIO DEVICTOR KINSEY, | § | |
| ANGEL MARTINEZ, | § | |
| TYRONE MCCORMICK, | § | |
| JASON TERRELL WHITE, | § | |
| REGINALD FORD, | § | |
| SANTANA GAMBLE, | § | |
| LEONARD EARNEST ROYSTER, | § | |
| JORGE LUIS REYES, | § | |
| ELROY QUINTERO, | § | |
| JOGINDER CHEEMA, | § | |
| LORENZO JACKSON, | § | |
| SAUL FALCON, and | § | |
| TONY GREGORY HILL, | § | |
| Defendants | § | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/EFC system which will send notification of such filing to the following:

Carroll Jerome Adams/ jadamslaw@alltel.net,
Veronica E. Brinson/ attorneybrinson@excite.com,
Richard R. Buckley, Jr./ buckley.lawoffice@mchsi.com
Charles L. Calhoun/ charles.calhoun@usdoj.gov, usagam.ecf@usdoj.gov; annette.evans@usdoj.gov
Charles E. Cox, Jr./ cecoxjr@cbi.mgacoxmail.com, staff@cbi.mgacoxmail.com
Fred I. Graham/ fglaw@cbi.mgacoxmail.com
Doye E. Green, Jr./ degreenjr@yahoo.com, legalgirl.ilean@yahoo.com
Bruce Steven Harvey/ JoyGeske@Yahoo.com,
Laura D. Hogue/ lauradhogue@bellsouth.net
Scott C. Huggins/ scott.huggins@ahwllp.com, scotthuggins@cox.net
Terry Jack Marlowe/ terrymarlowelaw@bellsouth.net
Michael J. Moore/ mjm@michaeljmoorepc.com,
Mark Tyson Phillips/ mtpatty@mchsi.com, ramona.higgs@mchsi.com
Reza Sedghi/ reza@rezasedghi.com.

I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the non-CM/ECF participant:

Torris Jerrel Butterfield
Suite 501
44 Broad Street
Atlanta, GA 30303

Respectfully submitted,

_____
s/R. DAVID BRYAN, LLC
Attorney at Law
State Bar No.. 091185
Attorney for Defendant, ANGEL MARTINEZ
211 N. Park Ave., P.O. Box 1979
Tifton, GA 31793-1979
Phone: (229) 387-8005
Fax: (229) 387-8007
email: david@rdavidbryan.com