Michael J. Moore/ mjm@michaeljmoorepc.com,
Mark Tyson Phillips/ mtpatty@mchsi.com, Ramona.higgs@mchsi.com
Reza Sedghi/ reza@rezasedghi.com.

Respectfully submitted,

/s/ Torris J. Butterfield
Torris J. Butterfield
Attorney at Law
State Bar No.100105
Attorney for Defendant, MICHAEL SHERROD KINSEY
The Grant Building
44 Broad Street
Suite 501
Atlanta, Georgia 30303
Phone: (404) 522-5056
Fax:    (404) 522-5016
Email:  butterfieldt@bellsouth.net

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CRIMINAL ACTION 5:07CR16(wdo) |
| | : | |
| ANTHONY SEAN WALKER | : | |
| MICHAEL SHERROD KINSEY | : | |
| MARIO DEVICTOR WILSON | : | |
| ANGEL MARTINEZ | : | |
| TYRONE MCCORMICK | : | |
| JASON TERRELL WHITE | : | |
| REGINALD FORD | : | |
| SANTANA GAMBLE | : | |
| LEONARD EARNEST ROYSTER | : | |
| JORGE LUIS REYES | : | |
| ELROY QUINTERO | : | |
| JOGINDER CHEEMA | : | |
| LORENZO JACKSON | : | |
| SAUL FALCON, and | : | |
| TONY GREGORY HILL, | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/EFC system which will send notification of such filing

To the following:

Carroll Jerome /Adams/jadamslaw@alltel.net
Veronica E. Brinson/ attorneybrinson@excite.com
R. David Bryan, david@rdavidbryan.com
Richard R. Buckley, Jr./ buckley.lawoffice@mchsi.com
Charles L. Calhoun/ charles.calhoun@usdoj.gov, usagam.ecf@usdoj.gov; annette.evans@usdoj.gov
Charles E. Cox, Jr.,/ cecoxjr@cbi.mgacoxmail.com, staff@cbi.mgacoxmail.com
Fred I. Graham /fglaw@cbi.mgacoxmail.com
Doye E. Green, Jr./ degreenjr@yahoo.com, legalgirl.ilean@yahoo.com
Bruce Steven Harvey/ JoyGeske@Yahoo.com,
Laura D. Hogue/ lauradhogue@bellsouth.net
Scott C. Huggins/ scott.huggins@ahwllp.com, scotthuggins@cox.net
Terry Jack Marlowe/ terrymarlowelaw@bellsouth.net

This May 12, 2007.

Respectfully submitted,


/s/ Torris J. Butterfield
Torris J. Butterfield
Attorney at Law
State Bar No.100105
Attorney for Defendant, MICHAEL SHERROD KINSEY
The Grant Building
44 Broad Street
Suite 501
Atlanta, Georgia 30303
Phone: (404) 522-5056
Fax:    (404) 522-5016
Email:  butterfieldt@bellsouth.net

4. All pen register and Title III materials, including original tapes, transcripts, logs court orders authorizing or approving surveillance and extensions thereof, applications, periodic reports and sealing orders.

5. All consensual tape recording of the defendant, as well as the dates, times, and durations of all telephone calls placed by law enforcement agents or informers (telephone logs). If such telephone logs are unavailable, the Government should account for their whereabouts and provide the defendant with a written explanation of the same. United States v. Konefal, 566 F.Supp. 698, 707-8 (N.D.N.Y. 1983).

2.

The Defendant, by and through the undersigned counsel, moves this Court for an Order requiring the government, through its Office of the United States Attorney, to make inquiry of all investigative agencies as to whether or not said agency was involved in investigation of this case and to ascertain whether or not any mechanical or other form of electronic surveillance was conducted at any time involving the Defendant or Defendant's premises, and to disclose to the Defendant and the Defendant's legal counsel the nature and extent of said surveillance and to turn over to counsel any surveillance records.

**WHEREFORE**, the Defendant respectfully moves this Court to require the government to inquire of the various federal and Georgia investigative agencies to determine if the Defendant or the Defendant's premises were the subject of any electronic eavesdropping and if so, to advise legal counsel of the date, time and place and the nature thereof, and to provide counsel with copies of any surveillance records.

## MEMORANDUM OF LAW

The defendant asserts that pursuant to the Fourth and Fifth Amendments of the United States Constitution, Defendant has the right to such information so as to permit the Defendant to make further inquiry as to the intent and legality of such electronic surveillance. In *United States v. Leichtfuss* 331 F. Supp. 723, 736 (N.D.Ill.1971), the court stated that: Accordingly, the government is ordered to inquire of the various federal investigate agencies as to whether any of these defendant's were the subject of electronic eavesdropping. This order extends to conversations of defendants' counsel if the overheard conversations were with a defendant or related to his case. If such inquiry should reveal that any defendant was the subject of such eavesdropping, he shall be so advised before trial. At that time the court will determine the legal issues as to the "legality" of the electronic surveillance and the defendant's standing to challenge that legality. See also *Alderman v. United States*, 394 U.S. 165, 182, 89 S. Ct. 961, 971 22 L.Ed.2d 176 (1969) (requiring production of any surveillance records to counsel).

**WHEREFORE**, it is respectfully requested that this Motion for disclosure of electronic surveillance and for discovery of materials regarding such surveillance be granted.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| VS. | : CRIMINAL ACTION 5:07CR16(wdo) |
| | : |
| ANTHONY SEAN WALKER | : |
| MICHAEL SHERROD KINSEY | : |
| MARIO DEVICTOR WILSON | : |
| ANGEL MARTINEZ | : |
| TYRONE MCCORMICK | : |
| JASON TERRELL WHITE | : |
| REGINALD FORD | : |
| SANTANA GAMBLE | : |
| LEONARD EARNEST ROYSTER | : |
| JORGE LUIS REYES | : |
| ELROY QUINTERO | : |
| JOGINDER CHEEMA | : |
| LORENZO JACKSON | : |
| SAUL FALCON, and | : |
| TONY GREGORY HILL, | : |
|     Defendants | : |

## MOTION FOR DISCLOSURE OF ELECTRONIC SURVEILLANCE AND FOR DISCOVERY OF MATERIALS REGARDING SUCH SURVEILLANCE

COMES NOW the defendant, **MICHAEL SHERROD KINSEY**, by and through his attorney, Torris J. Butterfield and files this motion for disclosure of electronic surveillance and for discovery of materials regarding such surveillance, and in support of said motion would show the Court as follows:

1.

The defendant moves the Court to order the Government to disclose the following:

1. Whether electronic or mechanical devices, including pen registers and beepers, were utilized in the investigation of this defendant or this case.

2. Whether the defendant's oral, wire, or electronic communications were intercepted pursuant to a court order. Title 18 U.S.C. &2518.

3. Whether the defendant's oral, wire, or electronic communications were intercepted with the consent of the Government agents, informers, or any other person. Title 18 U.S.C. &2511(2)(c) and (d).