IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

VS.                                                        CRIMINAL ACTION NO.5:07CR16

ANTHONY SEAN WALKER, MICHAEL SHERROD KINSEY
MARIO DEVICTOR KINSEY, ANGEL MARTINEZ
TYRONNE MCCORMICK, JASON TERRELL WHITE,
REGINALD FORD, SANTANA GAMBLE,
LEONARD EARNEST ROYSTER, JORGE LUIS REYES,
ELROY QUINTERO , JOGINDER CHEEMA,
LORENZO JACKSON, SAUL FALCON,
and TONEY GREGORY HILL
          Defendants

MOTION FOR LEAVE TO FILE ADDITIONAL
MOTIONS OUT OF TIME

COMES NOW the defendant, SANTANA GAMBLE, and files this motion for leave to file

certain additional pre-trial motions after the original deadline imposed by this Court.

In support of this motion, defendant shows the following:

(1)

Defendant, SANTANA GAMBLE, filed on April 24, 2007 certain motions, including but
not limited to the following motions; motion for bill of particulars, motion for disclosure of
matters in aggravation, motion for discovery, motion to reveal the deal, motion to preserve
notes, motion for discovery of electronic surveillance, motion for discovery of confidential
informant, brady motion, motion for discovery of co-defendant statements, and certificate
service.  That said motions were served upon Charles Cole, United States Attorney, by regular
mail, with certificate of service dated, April 24, 2007.  Through clerical errors the Clerk of the
MIDDLE of the MACON District of Georgia, received only the following motion for filing;
motion bill of particulars, as a result of filing with ECF/CM, with said Court.

(2)

The Government received the original motions in a timely manner and will not be prejudiced
by the fact that any such motions are filed out of time with the Court, by reason of a Clerical
error in this case.

WHEREFORE, defendant requests that this motion be granted.

Dated: May 15, 2007.


Respectfully submitted,



_____
RICHARD R. BUCKLEY, JR.
State Bar No.. 092905
Attorney for Defendant, SANTANA GAMBLE

Prepared by:
Richard R. Buckley, Jr.
P.O. Box 415, 409 Love Ave.
Tifton, Georgia, 31793
Phone: (229)-382-4243
Fax:   (229)-387-7124
Email: buckley.lawoffice@mchsi.com

IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

VS.                                                   CRIMINAL ACTION NO.5:07CR16

ANTHONY SEAN WALKER, MICHAEL SHERROD KINSEY
MARIO DEVICTOR KINSEY, ANGEL MARTINEZ
TYRONNE MCCORMICK, JASON TERRELL WHITE,
REGINALD FORD, SANTANA GAMBLE,
LEONARD EARNEST ROYSTER, JORGE LUIS REYES,
ELROY QUINTERO , JOGINDER CHEEMA,
LORENZO JACKSON, SAUL FALCON,
and TONEY GREGORY HILL
        Defendants

CERTIFICATE OF SERVICE


        This is to certify that I have this day served Charles Cole, District Attorney Middle District of Georgia, Macon Division, PO 1702 Macon Georgia, with a copy of the foregoing by placing a copy of the same by in the U.S. Mail, with sufficient postage thereon.


Date: This May 15, 2007



_____
RICHARD R. BUCKLEY, JR.
State Bar No. 092905
Attorney for Defendant, SANTANA GAMBLE

Prepared by:
Richard R. Buckley, Jr.
P.O. Box 415, 409 Love Ave.
Tifton, Georgia, 31793
Phone: (229)-382-4243
Fax:   (229)-387-7124
State Bar No. 092905
Email: buckley.lawoffice@mchi.com

IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

VS.                                               CRIMINAL ACTION NO.5:07CR16(wdo)

ANTHONY SEAN WALKER, MICHAEL SHERROD KINSEY
MARIO DEVICTOR KINSEY, ANGEL MARTINEZ
TYRONE MCCORMICK, JASON TERRELL WHITE,
REGINALD FORD, SANTANA GAMBLE,
LEONARD EARNEST ROYSTER, JORGE LUIS REYES,
ELROY QUINTERO, JOGINDER CHEEMA,
LORENZO JACKSON, SAUL FALCON,
and TONEY GREGORY HILL
     Defendants

ORDER GRANTING OF FILING OF CERTAIN UNTIMELY MOTIONS

Upon consideration of defendant Santana Gamble's Motion to file motion out of time due to clerical error, and of any Reply, it is hereby ORDERED that the Motion be, and hereby is, GRANTED;

And it is FURTHER ORDERED, that Defendant may file such motion as were timely served upon the Government, specifically: motion for bill particulars, motion for disclosure of matters in aggravation, motion for discovery, motion to reveal the deal, motion to preserve notes, motion for discovery of electronic surveillance, motion for discovery of confidential informant, brady motion, motion for discovery of co-defendant statements, and that the Defendant Santana Gamble will not be prejudiced thereby. That said motion shall be deemed timely filed if filed by the _____ day of _____ 2007.

DATED this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE


Prepared by:
Richard R. Buckley, Jr.
P.O. Box 415, 409 Love Ave.
Tifton, Georgia, 31793
Phone: (229)-382-4243
Fax:  (229)-387-7124
Email: buckley.lawoffice@mchsi.com