S/ Richard R. Buckley, Jr.