IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

VS.                          CRIMINAL ACTION NO.5:07CR16(wdo)

ANTHONY SEAN WALKER, MICHAEL SHERROD KINSEY
MARIO DEVICTOR KINSEY, ANGEL MARTINEZ
TYRONE MCCORMICK, JASON TERRELL WHITE,
REGINALD FORD, SANTANA GAMBLE,
LEONARD EARNEST ROYSTER, JORGE LUIS REYES,
ELROY QUINTERO, JOGINDER CHEEMA,
LORENZO JACKSON, SAUL FALCON,
and TONEY GREGORY HILL
    Defendants

## MOTION FOR DISCLOSURE OF ELECTRONIC
## SURVEILLANCE AND FOR DISCOVERY OF
## MATERIALS REGARDING SUCH SURVEILLANCE

COMES NOW the defendant, SANTANA GAMBLE, by and through his attorney, Richard R. Buckley, Jr. and files this motion for disclosure of electronic surveillance and for discovery of materials regarding such surveillance, and in support of said motion would show the Court as follows:

(1)

The defendant moves the Court to order the Government to disclose the following:

1. Whether electronic or mechanical devices, including pen registers and beepers, were utilized in the investigation of this defendant or this case.
2. Whether the defendant's oral, wire, or electronic communications were intercepted pursuant to a court order. Title 18 U.S.C. §2518.
3. Whether the defendant's oral, wire, or electronic communications were intercepted with the consent of Government agents, informers, or any other person. Title 18 U.S.C. §2511(2)(c) and (d).
4. All pen register and Title III materials, including original tapes, transcripts, logs court orders authorizing or approving surveillance and extensions thereof, applications, periodic reports, and sealing orders.
5. All consensual tape recording of the defendant, as well as the dates, times, and durations of all telephone calls placed by law enforcement agents or informers (telephone logs). If such telephone logs are unavailable, the Government should account for their whereabouts and provide the defendant with a written explanation of the same. United States v. Konefal, 566 F.Supp. 698, 707-8 (N.D.N.Y. 1983).

The Defendant, by and through the undersigned counsel, moves this Court for an Order requiring the government, through its Office of the United States Attorney, to make inquiry of all investigative agencies as to whether or not said agency was involved in investigation of this case and to ascertain whether or not any mechanical or other form of electronic surveillance was conducted at any time involving the Defendant or Defendant's premises, and to disclose to the Defendant and Defendant's legal counsel the nature and extent of said surveillance and to turn over to counsel any surveillance records.

**WHEREFORE**, the Defendant respectfully moves this Court to require the government to inquire of the various federal and Georgia investigative agencies to determine if the Defendant or the Defendant's premises were the subject of any electronic eavesdropping and if so, to advise legal counsel of the date, time and place and the nature thereof, and to provide counsel with copies of any surveillance records.

## MEMORANDUM OF LAW

The Defendant asserts that pursuant to the Fourth and Fifth Amendments of the United States Constitution, Defendant has the right to such information so as to permit the Defendant to make further inquiry as to the intent and legality of such electronic surveillance.

In *United States v. Leichtfuss* 331 F.Supp. 723, 736 (N.D. Ill. 1971), the Court stated that: Accordingly, the government is ordered to inquire of the various federal investigative agencies as to whether any of these defendants were the subject of electronic eavesdropping. This order extends to conversations of defendants' counsel if the over-heard conversations were with a defendant or related to his case. If such inquiry should reveal that any defendant was the subject of such eavesdropping, he shall be so advised before trial. At that time the court will determine the legal issues as to the "legality" of the electronic surveillance and the defendant's standing to challenge that legality.

See also *Alderman v. United States*, 394 U.S. 165, 182, 89 S.Ct. 961, 971, 22 L.Ed.2d 176 (1969) (requiring production of any surveillance records to counsel).

WHEREFORE, it is respectfully requested that this Motion for disclosure of electronic surveillance and for discovery of materials regarding such surveillance be granted.

This April 24, 2007.

Respectfully submitted,


S/ Richard R. Buckley, Jr.
S/ RICHARD R. BUCKLEY, JR.
State Bar No.. 092905
Attorney for Defendant, SANTANA GAMBLE

Prepared by:
Richard R. Buckley, Jr.
P.O. Box 415, 409 Love Ave.
Tifton, Georgia, 31793
Phone: (229)-382-4243
Fax:   (229)-387-7124
Email: buckley.lawoffice@mchsi.com

IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

VS.                                           CRIMINAL ACTION NO.5:07CR16(wdo)

ANTHONY SEAN WALKER, MICHAEL SHERROD KINSEY
MARIO DEVICTOR KINSEY, ANGEL MARTINEZ
TYRONE MCCORMICK, JASON TERRELL WHITE,
REGINALD FORD, SANTANA GAMBLE,
LEONARD EARNEST ROYSTER, JORGE LUIS REYES,
ELROY QUINTERO, JOGINDER CHEEMA,
LORENZO JACKSON, SAUL FALCON,
and TONEY GREGORY HILL
    Defendants

ORDER GRANTING DEFENDANT GAMBLE' S MOTION
FOR DISCLOSURE OF ELECTRONIC SURVEILLANCE AND DISCOVERY
OF SUCH ELECTRONIC SURVEILLANCE MATERIALS

    Upon due consideration of defendant SANTANA GAMBLE Motion for for disclosure of electronic surveillance and for discovery of materials regarding such surveillance is hereby GRANTED.

    IT IS HEREBY ORDERED that the government will disclose any electronic surveillance of defendant, SANTANA GAMBLE, and discovery of materials regarding such surveillance conducted in this case by _____, 2007.

DATED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:
Richard R. Buckley, Jr.
P.O. Box 415, 409 Love Ave.
Tifton, Georgia, 31793
Phone: (229)-382-4243
Fax:   (229)-387-7124
Email: buckley.lawoffice@mchsi.com