IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

VS.                                                   CRIMINAL ACTION NO.5:07CR16(wdo)

ANTHONY SEAN WALKER, MICHAEL SHERROD KINSEY
MARIO DEVICTOR KINSEY, ANGEL MARTINEZ
TYRONE MCCORMICK, JASON TERRELL WHITE,
REGINALD FORD, SANTANA GAMBLE,
LEONARD EARNEST ROYSTER, JORGE LUIS REYES,
ELROY QUINTERO, JOGINDER CHEEMA,
LORENZO JACKSON, SAUL FALCON,
and TONEY GREGORY HILL
        Defendants

CERTIFICATE OF SERVICE


        This is to certify that I Richard R. Buckley, Jr., the attorney of record for defendant, SANTANA
GAMBLE, have this day served Charles L. Calhoun, United States Attorney Middle District of Georgia
Judicial Circuit, PO 1702, Macon Georgia  31202-1702, with a copy of the foregoing by placing a copy
of the same by in the U.S. Mail, with sufficient postage thereon.


Date: This April 24, 2007



S/ Richard R. Buckley, Jr.
S/ RICHARD R. BUCKLEY, JR.
State Bar No. 092905
Attorney for Defendant, SANTANA GAMBLE

Prepared by:
Richard R. Buckley, Jr.
P.O. Box 415, 409 Love Ave.
Tifton, Georgia, 31793
Phone: (229)-382-4243
Fax:   (229)-387-7124
State Bar No. 092905
Email: buckley.lawoffice@mchsi.com