IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No.. 5:07-CR-16 (WDO) |
| **VS.** | |
| **TONY GREGORY HILL**<br>  Defendant | Charges: 21 U.S.C. 846, et.al. |

**MOTION TO CONTINUE TRIAL**

COMES NOW, Defendant Tony Gregory Hill, by and through his attorney, Fred Graham, and files the present Motion for Continuance. In support of said Motion the Defendant shows the following:

1.

The above-stated case is set for Pre Trial Conference on June 6, 2007 and for Trial on June 26, 2007 in Macon, Georgia. The Defendant is not incarcerated at this time and he is being supervised by the United States Probation Office.

2.

On March 15, 2007, a federal grand jury returned a true bill of indictment against Defendant, TONY GREGORY HILL**,** charging him with Possession With Intent to Distribute a Controlled Substance to wit: more than five (5) kilograms of a mixture and substance containing a detectable amount of cocaine. Defendant Hill had his initial appearance/arraignment in the Middle District of Georgia on April 10, 2007.

3.

The Defendant's attorney is continuing to investigate the charges against the Defendant and Discovery has not yet been provided at this time.

4.

The Defendant has filed a <u>Waiver of Right to Speedy Trial</u> on May 16, 2007, Therefore there is no issue of law which may involve the Speedy Trial Act.

5.

Counsel for Government has authorized counsel for the Defendant to state that he does not oppose the Defendant's Motion for Continuance of the Pre Trial Conference and Trial of this case to the next regularly scheduled Macon Division trial term.

WHEREFORE, the Defendant moves that the Pre Trial Conference and the Trial of this case be continued until the next regularly scheduled Macon Division trial term.

RESPECTFULLY submitted this 16 day of May, 2007.

s/ Fred Graham  
Fred Graham Bar Number: 304555  
Attorney for Tony Gregory Hill  
Fred Graham Attorney at Law  
123-C Carl Vinson Parkway/P.O. Box 7207  
Warner Robins, GA 31095  
Telephone: 478-328-0600  
Fax: 478-328-0411  
fglaw@cbi.mgacoxmail.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I have, this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of such filing to the following: Mr. Charles L. Calhoun, Assistant U.S. Attorney, Gateway Plaza, Fourth Floor, 300 Mulberry St., Macon, GA 31201.

So Certified, this the 16 day of May, 2007.

                                                  s/ Fred Graham
                                                  Fred Graham Bar Number: 304555
                                                  Attorney for Tony Gregory Hill
                                                  Fred Graham Attorney at Law
                                                  123-C Carl Vinson Parkway/P.O. Box 7207
                                                  Warner Robins, GA 31095
                                                  Telephone: 478-328-0600
                                                  Fax: 478-328-0411
                                                  fglaw@cbi.mgacoxmail.com