# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:07-CR-16 (WDO) |
| | : | |
| v. | : | VIOLATION: 21 U.S.C. § 846 |
| | : | 21 U.S.C. § 841(a)(1) |
| ANTHONY SEAN WALKER | : | 21 U.S.C. § 841(b)(1)(A)(ii) |
| MICHAEL SHERROD KINSEY | : | 21 U.S.C. § 841(b)(1)(C) |
| MARIO DEVICTOR WILSON | : | 21 U.S.C. § 841(b)(1)(D) |
| ANGEL MARTINEZ | : | 21 U.S.C. § 853 |
| TYRONE MCCORMICK | : | 18 U.S.C. § 2 |
| JASON TERRELL WHITE | : | |
| REGINALD FORD | : | |
| SANTANA GAMBLE | : | |
| LEONARD EARNEST ROYSTER | : | |
| JORGE LUIS REYES | : | |
| ELROY QUINTERS | : | |
| JOGINDER CHEEMA | : | |
| LORENZO JACKSON | : | |
| SAUL FALCON | : | |
| TONY GREGORY HILL | : | |

## **ORDER**

Upon the motion of the Government and for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued from the June term of court to the next term of court. In support of this order the court specifically finds that:

(1)

The Government's case-in-chief is based on the contents of voice recordings made during the course of the investigation. The Government has not compiled and disseminated all of the discovery materials. These materials are necessary for the Defendants to prepare their defenses.

(2)

WHEREFORE, it is ordered that the entire case be continued from the June term of court to the next term of court. IT IS FURTHER ORDERED that any delay occasioned by the order be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

SO ORDERED, this _____ day of May 2007.

_____
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

s/CHARLES L. CALHOUN
BAR NO. 102875
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Fax Number: (478) 621-2655