# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 5:07-CR-16 (WDO)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL SHERROD KINSEY** | : | |
| _____ | : | |

## GOVERNMENT'S RESPONSE TO
## DEFENDANT'S MOTION TO DISCLOSE 404(B) EVIDENCE

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files the foregoing response to Defendant's Motion for Disclosure of 404(b) Evidence.

Respectfully submitted this 21st day of June 2007.

                                         MAXWELL WOOD
                                         UNITED STATES ATTORNEY
                                         MIDDLE DISTRICT OF GEORGIA

BY: _____
        s/CHARLES L. CALHOUN
        BAR NO. 102875
        ASSISTANT UNITED STATES ATTORNEY
        United States Attorney's Office
        Middle District of Georgia
        P.O. Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Fax Number: (478) 621-2655

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:07-CR-16 (WDO) |
| v. | : | |
| MICHAEL SHERROD KINSEY | : | |

## GOVERNMENT'S RESPONSE TO
## DEFENDANT'S MOTION TO DISCLOSE 404(B) EVIDENCE

Defendant has filed a motion asking for the immediate disclosure of evidence submitted under authority of Rule 404(b), Federal Rules of Criminal Procedure. Defendant's motion should be denied.

Under Rule 404(b), Federal Rules of Criminal Procedure, the Government is allowed to introduce evidence of prior wrongs or acts if the acts relate to evidence other than Defendant's character and the other acts evidence is relevant to prove intent, identity or modus operandi. *United States v. Zappata*, 139 F.3d 1355(11th Cir. 1998).

If the Government intends to submit 404(b) evidence, the same will be provided to Defendant within a "reasonable period of time" as specified by Rule 404(b).

Respectfully submitted this 21st day of June 2007.

                                MAXWELL WOOD
                                UNITED STATES ATTORNEY
                                MIDDLE DISTRICT OF GEORGIA

BY: _____
                                s/CHARLES L. CALHOUN
                                BAR NO. 102875
                                ASSISTANT UNITED STATES ATTORNEY
                                United States Attorney's Office
                                Middle District of Georgia
                                P.O. Box 1702
                                Macon, Georgia 31202
                                Telephone: (478) 752-3511
                                Fax Number: (478) 621-2655

## CERTIFICATE OF SERVICE

I, Charles L. Calhoun, Assistant United States Attorney, hereby certify that on June 21, 2007, I electronically filed the within and foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISCLOSE 404(B) EVIDENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Torris Jerrel Butterfield
Suite 501
44 Broad Street
Atlanta, GA 30303

MAXWELL WOOD
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

BY: _____
s/CHARLES L. CALHOUN
BAR NO. 102875
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, GA 31202
Tel. (478) 752-3511
Fax. (478) 621-2655