# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | 5:07-CR-16 (WDO) |
| **SANTANA GAMBLE,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

This matter is before the Court on Defendant's motion for the Court to order the Government to immediately disclose any Rule 404(b) information the Government intends to use at trial. Based on the Government's response in which it notified the Defendant that said information will be turned over in a "reasonable period of time" pursuant to Rule 404(b), Defendant's motion is DISMISSED AS MOOT.

**SO ORDERED this 27th day of July, 2007.**


**S/Hugh Lawson**
**HUGH LAWSON**
**UNITED STATES DISTRICT JUDGE**