# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **United States of America,** | : | |
| | : | |
| **v.** | : | 5:07-CR-16-006 |
| | : | |
| **Jason Terrell White,** | : | |
| | : | |
| **Defendant.** | | |

## MOTION TO SUPPRESS

NOW COMES, the Defendant in the above-styled action and prior to trial moves this Court to suppress any and all video recordings created by law enforcement officers in this case. In support of this motion, Defendant states:

1. The Government, by and through the U.S. Attorney will attempt to introduce into evidence at trial, video and audio recordings made by government agents while acting undercover.

2. The audio and video recordings made by the undercover agents violated the defendant's reasonable expectation of privacy under the guidelines of Kazt v. United States, 389 U.S. 347 (1967).

3. As a result, the recordings violate the principles of the 4th Amendment and should be suppressed.

This 20th day of August, 2007.
By: s/ Veronica E. Brinson
Veronica E. Brinson
Georgia Bar No. 082905
Attorneys for Defendant
**LAW OFFICES OF VERONICA E. BRINSON, LLC.**


**CERTIFICATE OF SERVICE**
STATE OF GEORGIA,
BIBB COUNTY.
This is to certify that I have this day served all parties in the foregoing matter by electronically filing a copy of the foregoing **Defendant's Motion to Suppress**, via:

Electronic filing as follows:
Charles Calhoun
Assistant U.S. Attorney
This 28TH day of April, 2007.
s/ Veronica E. Brinson
Veronica E. Brinson