IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:07-CR-16 (WDO) |
| | : | |
| v. | : | |
| | : | |
| LORENZO JACKSON | : | |

_____

## MOTION TO DISMISS

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files the foregoing dismissal:

**REASON:** As a result of a cooperation agreement with the G.B.I., the case against Lorenzo Jackson is hereby dismissed..

Respectfully submitted this 24th day of September, 2007.

        MAXWELL WOOD
        UNITED STATES ATTORNEY

        BY:
        s/CHARLES L. CALHOUN
        BAR NO. 102875
        ASSISTANT UNITED STATES ATTORNEY
        United States Attorney's Office
        Middle District of Georgia
        P.O. Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Fax Number: (478) 621-2655