IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:07-CR-16 (WDO) |
| | : | |
| v. | : | |
| | : | |
| LEONARD ROYSTER | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST TO DISCLOSE IDENTITY OF CONFIDENTIAL INFORMANTS**

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and hereby **RESPONSE TO DEFENDANT'S REQUEST TO DISCLOSE IDENTITY OF CONFIDENTIAL INFORMANTS**. In support of said Response the government show the following:

1.

Defendant requests the identity of CI 80-672. This informant is Christopher Hall. A copy of Hall's plea agreement and 5K motion are attached. He is expected to be sentenced on September 26, 2007. No recommendation regarding sentencing has been made.

2.

Another informant utilized during the investigation is Phillip Colon McNeal. A copy of his records check is attached.

3.

All other materials related to these witnesses will be provided to counsel pursuant to Rule 16 and Brady/Giglio in advance of trial.

Respectfully submitted this 25th day of September, 2007.

MAXWELL WOOD
UNITED STATES ATTORNEY

BY:
s/CHARLES L. CALHOUN
BAR NO. 102875
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Fax Number: (478) 621-2655

# CERTIFICATE OF SERVICE

I, Charles L. Calhoun, Assistant United States Attorney, hereby certify that on 24th day of September, 2007, I electronically filed the within and foregoing **RESPONSE TO DEFENDANT'S REQUEST TO DISCLOSE IDENTITY OF CONFIDENTIAL INFORMANTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Bruce Harvey
Attorney at Law
146 Nassau Street, N.W.
Atlanta, GA 30303

                MAXWELL WOOD
                UNITED STATES ATTORNEY

                BY:
                s/CHARLES L. CALHOUN
                BAR NO. 102875
                ASSISTANT UNITED STATES ATTORNEY
                United States Attorney's Office
                Middle District of Georgia
                P.O. Box 1702
                Macon, Georgia 31202
                Telephone: (478) 752-3511
                Fax Number: (478) 621-2655