# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:07-CR-16 (WDO) |
| v. | : | |
| ANTHONY WALKER | : | |
| _____ | : | UNDER SEAL |

## MOTION FOR RELEASE PENDING SENTENCING

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files the foregoing **Motion for release of Defendant pending sentence**. This motion is made pursuant to Title 18, United States code, Section 3145 of the Bail Reform Act. In support of said motion the government shows that following :

(1)

Defendant was indicted for conspiracy to distribute cocaine. Defendant will appear in court on September 25, 2007 and enter a plea of guilty to count one.

(2)

The maximum statutory penalty for count one is a mandatory minimum of ten (10) up to a maximum of life imprisonment. Title 18, United States Code, Section 3143(a) mandates that upon entry of a plea of guilty for an offense which carries a penalty over ten (10) years, the defendant should be incarcerated unless it is clearly shown that exceptional circumstances justify release. 18 U.S.C. § 3145©.

(3)

Subsequent to his arraignment, the court approved a request to use Defendant as an informant. Pursuant to the court's approval, an informant agreement between Defendant, the Government, defense counsel and the probation office was signed on August 27, 2007 (See attachment A). Under the terms

1

the C.I. agreement, Defendant was approved to assist the DEA and GBI for a period of 120 days beginning August 24, 2007. Defendant is currently assisting the respective agencies. The informant agreement does not expire until December 22, 2007. It is respectfully requested that the Court order the release of defendant, subsequent to entry of his plea, until December 22, 2007, to allow him to complete his cooperation.

(4)

IT IS FURTHER requested that the motion and order be placed under seal until further order of this Court.

Respectfully submitted this 24th day of September, 2007.

MAXWELL WOOD
UNITED STATES ATTORNEY


BY:   s/CHARLES L. CALHOUN
      BAR NO. 102875
      ASSISTANT UNITED STATES ATTORNEY
      United States Attorney's Office
      Middle District of Georgia
      P.O. Box 1702
      Macon, Georgia 31202
      Telephone: (478) 752-3511
      Fax Number: (478) 621-2655

# CERTIFICATE OF SERVICE

I, Charles L. Calhoun, Assistant United States Attorney, hereby certify that on September 24th, 2007, I electronically filed the within and foregoing **MOTION FOR RELEASE PENDING SENTENCING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Scott Huggins
Attorney At Law

Macon, Georgia

                        MAXWELL WOOD
                        U.S. ATTORNEY


          BY:    s/CHARLES L. CALHOUN
                      BAR NO. 102875
                      ASSISTANT UNITED STATES ATTORNEY
                      United States Attorney's Office
                      Middle District of Georgia
                      P.O. Box 1702
                      Macon, Georgia 31202
                      Telephone: (478) 752-3511
                      Fax Number: (478) 621-2655