# EXHIBIT A

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## GENERAL LETTER OF AGREEMENT FOR USE OF AN INFORMANT

Prior to the use of a defendant or offender as an informant, all parties concerned agree to the following:

1. The defendant or offender shall not participate in any activity that would constitute a crime under state or federal law without authority and approval of the law enforcement agency.

2. The Chief Probation Officer or a designated representative, will inform the U.S. Attorney, or a designated representative, and the sponsoring agency of the conditions of release of supervision.

3. The defendant or offender shall not violate any of the conditions of release or supervision, including special conditions except as permitted in the operational instructions of the investigation.

4. The defendant or offender shall not possess firearms or explosive devices. The possession of drugs is prohibited except as permitted in the operational instructions of the investigation. Personal use of illegal drugs by the defendant or offender is prohibited.

5. During the term of service as an informant, the sponsoring agency, through the U.S. Attorney or a designated representative of the U.S. Attorney, will be responsible for monitoring the defendant or offender's activities to ensure the informant does not violate the operational instructions of the investigation or conditions of the Letter of Agreement.

6. The sponsoring agency, through the U.S. Attorney or a designated representative of the U.S. Attorney, shall notify the Chief Probation Officer or a designated representative if the defendant or offender is arrested; otherwise violates the conditions of release or supervision; violates the Letter of Agreement; or violates the operational instructions of the investigation.

7. The Chief Probation Officer or designated representative shall report violations to the court.

8. There shall be no contact between the defendant or offender and any target of the investigation except with the approval of the U.S. Attorney or a sponsoring agent.

9. The sponsoring agency, through the U.S. Attorney or a designated representative of the U.S. Attorney, shall notify the Chief Probation Officer or a designated representative of any significant proposed change in the operating instructions. The Chief Probation Officer or a designated representative shall assess the risks and submit a memorandum to the court with a recommendation.

10. The time period for participation as an informant should normally not exceed 120 days. In the event circumstances develop that would indicate a need for an extension beyond the 120 days, a written request shall be made by the sponsoring agency, through the U.S. Attorney, to the Chief Probation Officer or a designated representative. The Chief Probation Officer or a designated representative shall submit such a request to the court with a recommendation.

11. In the case of an offender, every 120 days during the authorized period of participation, the sponsoring agency, through the U.S. Attorney or a designated representative of the U.S. Attorney, will provide a report to the Chief Probation Officer or a designated representative to include the status of the investigation and the amount, if any, of the financial remuneration or other consideration provided to the informant, including any expenses paid.

12. The Chief Probation Officer or a designated representative shall submit periodic reports to the court, as necessary, to modify the operational instructions of the investigation or to report violations.

13. If a defendant/offender is to act in a confidential informant capacity in another district, the U.S. Attorney, or a designated representative, will provide the Chief Probation Officer, or a designated representative, the name of any contact person in the other district, i.e., Assistant U.S. Attorney or case agent.

14. The sponsoring agency, through the U.S. Attorney, or a designated representative of the U.S. Attorney, shall notify the Chief Probation Officer, or a designated representative, when the defendant or offender is terminated as a confidential informant. In the case of an offender, the notification should include any remuneration the individual received.

15. In the case of an offender, upon receipt of the closing progress report from the sponsoring agency through the U.S. Attorney or a designated representative of the U.S. Attorney, the Chief Probation Officer, or a designated representative, shall submit a closing progress report to the court.

_Anthony S. Walker, Sr._     8-24-07
Defendant/Offender     Date

_[signature]_     8/24/07
Defense Counsel     Date

_Dell Ell_     8-23-07
Sponsoring Agency Representative     Date

_[signature]_     8-24-07
U.S. Attorney or Designee     Date

_Tony Elder_     8-24-07
Chief Probation Officer or Designee     Date