IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:07-CR-16(WDO) |
| --- | --- | --- |
| v. | : | |
| ANGEL MARTINEZ | : | |

### ORDER FOR RELEASE PENDING SENTENCE

Upon the motion of the Government, for the reasons set forth in the Government's Motion for Release, and pursuant to the "exceptional circumstance" clause of Title 18, United State Code, Section 3145( c) , IT IS HEREBY ORDERED that:

A) Upon entry of his guilty plea, Defendant shall remain on the bond and under the same conditions previously imposed until ~~December 04, 2007;~~ *he is sentenced.*

B) Defendant shall provide a current address and phone number to the agents overseeing his assistance;

C) Defendant shall make contact with the case agents on a weekly basis or more frequently if required; and

D) Defendant shall notify the case agent of any change of address;

E) Defendant shall self-surrender to the U.S. Marshals on December 04, 2007.

IT IS FURTHER ORDERED that if Defendant violates any of the conditions herein stated, a bench warrant shall be issued and Defendant shall be brought before the Court to determine if his pre-sentence release should be revoked.

SO ORDERED, this 25 day of September, 2007.

HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:

s/CHARLES L. CALHOUN
BAR NO. 102875
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Fax Number: (478) 621-2655