IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| United States of America, | : | |
| --- | --- | --- |
| | : | |
| v. | : | 5:07-CR-16-006 |
| | : | |
| Jason Terrell White, | : | |
| Defendant. | | |

_____

### JASON WHITE'S MOTION TO RECOSIDER REQUEST FOR HEARING REGARDING DEFENDANT'S MOTION TO SUPPRESS

NOW COMES, the Defendant in the above-styled action and prior to trial moves this Court to reconsider its' denial of Defendant's Request For Hearing. In support of this motion, Defendant states that the denial of the Request For Hearing deprives the Defendant of the opportunity to cross-examine the state's witnesses regarding evidentiary issues and Defendant's right to a fair trial. Defendant respectfully moves for a prompt response on this motion so that Defendant may respond appropriately.

This 19th day of October, 2007.
By:
s/ Veronica E. Brinson
Veronica E. Brinson
Georgia Bar No. 082905

s/Christopher Ryan Lee
Christopher Ryan Lee
Georgia Bar No. 122906

Attorneys for Defendant
**LAW OFFICES OF VERONICA E. BRINSON, LLC.**

**CERTIFICATE OF SERVICE**
STATE OF GEORGIA,
BIBB COUNTY.
This is to certify that I have this day served all parties in the foregoing matter by electronically filing a copy of the foregoing **Defendant's Motion to Suppress**, via:

Electronic filing as follows:
Charles Calhoun
Assistant U.S. Attorney
This 19$_{TH}$ day of October, 2007.
s/ Veronica E. Brinson
Veronica E. Brinson
s/ Christopher Ryan Lee
Christopher Ryan Lee