IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

V.                                 INDICTMENT NO. 5:07-CR-16(WDO)

JASON WHITE,
     Defendant

## PROPOSED VOIRE DIRE QUESTIONS

1. Is anyone on this jury pool related by blood or marriage to the U.S. Attorney, the Judge, or any witnesses in this case?
2. Is anyone on this jury pool related by blood or marriage to anyone in law enforcement?
3. Is anyone on this jury pool unable to serve due to religious belief?
4. Is anyone on this jury pool reluctant to find the Defendant not guilty because he has been charged with any offense(s) of this nature?
5. Is anyone on this jury pool predispose to find the Defendant guilty for any reason at all?
6. Is anyone on this jury pool filled with any bias of whatever nature thereof?
7. Has any member of this jury pool been impacted or affected by the sale, distribution, or manufacture of cocaine as it relates to a family member?
8. Has any member of this jury pool ever been employed by the federal government in any capacity, if so, what capacity?
9. Has any member of this jury pool through this jury selection formed an opinion about which side should prevail?
10. Is any member of this jury pool familiar with Defendant's attorney, Veronica Brinson?
11. Is any member of this jury pool familiar with Defendant, Jason Terrell White?
12. Has any member of this jury pool ever experimented with cocaine or illegal drug substance?
13. Has any member of this jury pool ever had a family member accused or convicted of a drug-related charge?
14. Does everyone understand the difference between an accusation and a conviction?
15. Has any member of the jury pool previously served on a jury? If so, in what capacity?
16. What leadership positions do any of you hold in the community?
17. Has any of you ever been apart of any investigation that you know about?
18. Have you ever unknowingly (and later discovered) that you were near a person engaged in criminal activity?

So dated, this 14th day of January, 2008.

                                                  Respectfully submitted,

                                                  s/Veronica Brinson
Law Offices of Veronica Brinson
ATTORNEY FOR DEFENDANT
Veronica Brinson, GA Bar #082905
401 Cherry Street
Macon, Georgia 31201
(478) 745-2323

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing pleading upon opposing counsel by e-filing, facsimile transmission, hand delivery, or by depositing a copy of same in the United States Mail with sufficient postage attached thereon, addressed as follows:

Charles Calhoun, AUSA
U.S. Attorney's Office
P.O. Box 1702
Macon, Georgia 31202

This 14th day of January, 2008

s/Veronica Brinson
Law Offices of Veronica Brinson
ATTORNEY FOR DEFENDANT
Veronica Brinson, GA Bar No #082905
401 Cherry Street
Macon, Georgia 31201
(478) 745-2323