IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:07-CR-16 (WDO) |
| --- | --- | --- |
| v. | : | |
| LEONARD ROYSTER | : | |

## MOTION TO DISMISS

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files the foregoing dismissal without prejudice:

**REASON:** The prosecution of Defendant is based on the testimony of Co-defendant Anthony Walker. Mr. Walker has absconded supervision and is currently a fugitive..

Respectfully submitted this 18th day of March, 2008.

                MAXWELL WOOD
                UNITED STATES ATTORNEY
                MIDDLE DISTRICT OF GEORGIA

BY:
                s/CHARLES L. CALHOUN
                BAR NO. 102875
                ASSISTANT UNITED STATES ATTORNEY
                United States Attorney's Office
                Middle District of Georgia
                P.O. Box 1702
                Macon, Georgia 31202
                Telephone: (478) 752-3511
                Fax Number: (478) 621-2655

## CERTIFICATE OF SERVICE

I, Charles L. Calhoun, Assistant United States Attorney, hereby certify that on March 18, 2008 I electronically filed the within and foregoing Government's **MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Bruce Harvey
Attorney at Law
146 Nassau St., N.W.
Atlanta, GA 30303

         MAXWELL WOOD
         UNITED STATES ATTORNEY
         MIDDLE DISTRICT OF GEORGIA

BY:    s/CHARLES L. CALHOUN
         BAR NO. 102875
         ASSISTANT UNITED STATES ATTORNEY
         United States Attorney's Office
         Middle District of Georgia
         P.O. Box 1702
         Macon, Georgia 31202
         Telephone: (478) 752-3511
         Fax Number: (478) 621-2655