IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 5: 07-CR-16 (WDO) |
| | : | |
| v. | : | |
| | : | |
| **LEONARD ROYSTER** | : | |

_____

### ORDER

Upon the motion of the government, and for the reasons stated in the Government's Motion,

IT IS HEREBY ORDERED that the Defendant be dismissed from the present indictment without prejudice.

SO ORDERED, this 19th day of March, 2008.

                                                *S/ Hugh Lawson*
                                                HONORABLE HUGH LAWSON
                                                UNITED STATES DISTRICT JUDGE

Presented by:

_____
s/CHARLES L. CALHOUN
BAR NO. 102875
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Fax Number: (478) 621-2655