AO 243 (Rev. 5/85)
SDNY Web 5/99

# MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

**United States District Court** District **MIDDLE DISTRICT OF GEORGIA/MACON - DIVISION**

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| SAUL FALCON | 93263-020 | 5:07-CR-16 (WDO) |

Place of Confinement: CCA MCRAE CORR. FACILITY/GA

Filed at 11/18/08 AM
Date 11/3/08

UNITED STATES OF AMERICA V. SAUL FALCON

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack **U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA/MACON-DIVISION**

2. Date of judgment of conviction **December 11, 2007**

3. Length of sentence **80 MONTHS**

4. Nature of offense involved (all counts) **21 U.S.C. §846 i/c/w, §841 (a)(1), §841 (b)(1)(A)(iii), CONSPIRACY TO POSSESS W/INTENT TO DISTRIBUTE MORE THAN 5 KLS. OF COCAINE.**

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

(2)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____
        _____
        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐   No ☒

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____
        _____
        _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐    No ☒
(2) Second petition, etc.   Yes ☐    No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

**I did not appeal because my counsel failed to file a Notice of Appeal or inform me of time limitations for filing such appeal.**

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85) SDNY Web 5/99

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: **DENIAL OF RIGHT OF APPEAL**

Supporting FACTS (state *briefly* without citing cases or law) **Counsel failed to file a Notice of Appeal or inform the movant of time limitations for filing such appeal. Therefore is constitutionally ineffective even when the movant waived appeal in plea agreement; Counsel was bound to file Notice Appeal and submit Anders Brief.**

B. Ground two: **DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL**

Supporting FACTS (state *briefly* without citing cases or law) **Counsel misinformed movant that a defendant qualifies for a minor role adjustment under the guidelines in sentencing the movant, the judge Lawson did not make certain factual findings concerning minor role that a court should consider. Therefore, the sentence was imposed as a result of an incorrect application of the sentencing guidelines.**

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing __**CARROLL JEROME ADAMS**__
    __**116 WEST BRYAN ST., DOUGLAS, GA 31534**__

    (b) At arraignment and plea __**CARROLL JEROME ADAMS**__

    (c) At trial __**N/A**__

    (d) At sentencing __**CARROLL JEROME ADAMS**__
    __**P.O. BOX 1005, DOUGLAS, GA 31534**__

AO 243 (Rev. 5/85)

(e) On appeal  __N/A__

(f) In any post-conviction proceeding  __N/A__

(g) On appeal from any adverse ruling in a post-conviction proceeding

__N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future:  __N/A__

   (b) Give date and length of the above sentence:  __N/A__

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__10-30-08__
(date)

_Saul Falcon_
Signature of Movant