IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SAUL FALCON,<br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent. | Case No. 5:08-cv-9037-HL-GMF<br><br>28 U.S.C. § 2255<br><br>Case No. 5:07-cr-16-HL |

**JOINT MOTION FOR A RECOMMENDATION**

Come now the Petitioner, Mr. Saul Falcon, as well as the United States Attorney, (collectively referred to as the "Parties") – and herewith jointly move the Court to issue a Report and Recommendation to the following effect.

On November 3, 2008, the Petitioner filed a post-conviction motion, pursuant to 28 U.S.C. § 2255. (Doc. 508). The Motion raised two claims: (1) ineffective assistance of appellate counsel for having failed to file a notice of appeal though having been instructed to do so; and (2) ineffective assistance of trial counsel for having misinformed the Petitioner with regards to his exposure to punishment upon entry of a guilty plea. (*See id*. at 5).

The Parties agree and stipulate:

    (1) that the Petitioner should be afforded an out-of-time appeal;

    (2) that a suitable method for perfecting such an appeal would be for this Court to

        Recommend that his judgment of conviction (Doc. 429) be vacated and reinstated

1

such that he can notice an appeal in compliance with the 10-day period set by F.R.A.P. 4(b); and,

(3) that his trial related ineffectiveness claim should either be stayed pending the resolution of the appeal – or, in the alternative, the claim should be dismissed without prejudice to refiling following the resolution of the appeal.

WHEREFORE, the Parties respectfully request that the Court issue a Recommendation to this effect.

Dated: This 9th day of July, 2009.

Respectfully submitted,

Saul Falcon, Petitioner                                    Maxwell Wood, Respondent

By:                                                         By:

/s/ Morad Fakhimi                                          /s/ Charles Calhoun
MORAD FAKHIMI                                              Charles L. Calhoun
FEDERAL DEFENDERS OF THE                                   Assistant United States Attorney
MIDDLE DISTRICT OF GEORGIA, INC.                           U.S. Attorney's Office
440 Martin Luther King, Jr. Blvd.                          P.O. Box 1702
Suite 400                                                  Macon, Georgia 31202
Post Office Box 996                                        Telephone: (478) 752-3511
Macon, Georgia 31202-0996                                  Fax Number: (478) 621-2655
Phone: (478) 743-4747                                      BAR NO. 102875
Fax: (478) 207-3419
morad_fakhimi@fd.org
PA Bar ID. 204228
DC Bar ID. 974050

## CERTIFICATE OF SERVICE

It is hereby certified that on July 9, 2009, the foregoing *Joint Motion for a Recommendation* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

| | |
|---|---|
| /s/ Morad Fakhimi | /s/ Charles Calhoun |
| MORAD FAKHIMI | Charles L. Calhoun |
| FEDERAL DEFENDERS OF THE | Assistant United States Attorney |
| MIDDLE DISTRICT OF GEORGIA, INC. | U.S. Attorney's Office |
| 440 Martin Luther King, Jr. Blvd. | P.O. Box 1702 |
| Suite 400 | Macon, Georgia 31202 |
| Post Office Box 996 | Telephone: (478) 752-3511 |
| Macon, Georgia 31202-0996 | Fax Number: (478) 621-2655 |
| Phone: (478) 743-4747 | BAR NO. 102875 |
| Fax: (478) 207-3419 | |
| morad_fakhimi@fd.org | |
| PA Bar ID. 204228 | |
| DC Bar ID. 974050 | |