```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF GEORGIA
              MACON DIVISION
```

SAUL FALCON,                         *

    Petitioner                       *
                                                    Case No. 5:07-CR-00016-014-HL
vs.                                  *

UNITED STATES OF AMERICA,            *

    Respondent                       *

## J U D G M E N T

    Pursuant to this Court's Order dated August 13, 2009, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

    This 14th day of August, 2009.

                                        Gregory J. Leonard, Clerk


                                        S/ C. A. Lunsford
                                        Deputy Clerk