# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF

**DATE:** 8/14/09          **CASE #:** 5:07-CR-00016 (HL)

**CASE TITLE:** U.S. vs. SAUL FALCON

**DOCUMENT #:** 531

**DOCUMENT TITLE:** Judgment

**One of the following errors/deficiencies has been identified in the document listed above:**

- ☐ Document e-filed in wrong case
- ☐ Document linked to incorrect document
- ☐ Document exceeds page limits
- ☐ Document requires leave of Court before filing
- ☐ Dismissal must be signed by all parties who have appeared OR by leave of court. ( See Federal Rule of Civil Procedure 41.)
- ☐ Incorrect case number on document
- ☐ Incorrect event used - use event
- ☐ Document is not signed
- ☐ Proposed Order is attached incorrectly (should be filed as an attachment to the main document being e-filed
- ☐ Certificate of service is missing
- ☐ Corporate Parents and/or Other Affiliates were not added.
- ☐ Certification regarding two or more signatures is missing (see page 10 of *Administrative Procedures for Electronic Filing)*
- ☐ Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need to File Discovery.
- ☒ Other: Wrong party picked.

(Continued)

## CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE

- ☒ Docket entry has been corrected
- ☐ Other:

## CORRECTIVE ACTION REQUIRED BY THE FILER

- ☐ Document must be re-filed
- ☐ Document must be re-filed and corporate parents/other affiliates added.
- ☐ Amended document must be re-filed (and re-noticed) if applicable
- ☐ Please file a motion for leave to file document
- ☒ No further action required by the filer
- ☐ E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site (www.gamd.uscourts.gov). On CM/ECF page, select Submit Documents, Submit a Proposed Order.
- ☐ Other:

Gregory J. Leonard, Clerk

By: s/ Charlene A. Lunsford
Deputy Clerk