IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SAUL FALCON, | * |
| Petitioner | * |
| vs. | Case No. 5:07-CR-00016-014 (HL) |
| | * |
| UNITED STATES OF AMERICA, | * |
| Respondent | * |

### J U D G M E N T

Pursuant to this Court's Order dated August 14, 2009, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 14th day of August, 2009.

                                      Gregory J. Leonard, Clerk

                                      S/ Charlene A. Lunsford
                                      Deputy Clerk